JOHN McCORMICK, Respondent, *v.* JAMES M. THOMPSON, Appellant, Impleaded with Another.

Reported below, 143 App. Div. 972.
(Submitted May 15, 1911; decided May 19, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiff by the false representations of defendant.

The motion was made upon the grounds that the exceptions were frivolous and the appeal taken for purposes of delay only.

*Henry W. Williams* for motion.

*Erskine C. Rogers* opposed.

Motion denied, with ten dollars costs.